[No. 66332-1-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS SHANE HYAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07521-9, Timothy A. Bradshaw, J., entered December 3, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Schindler, JJ.

[No. 66499-9-I.   Division One.   June 4, 2012.]

*In the Matter of the Personal Restraint of* ABDIRAHMAN SHEKH SAKAWE, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 66546-4-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL BOOKERT FLEMING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14479-4, Bruce E. Heller, J., entered December 20, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 66617-7-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JHONNY GODINEZ BASTIDA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00700-2, Ronald L. Castleberry, J., entered January 14, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Schindler, JJ.